IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERICA CATHERINE HIGGINS, | ) | Civil Action No. 6:26-cv-00182-AMN-MJK |
| *Plaintiff* | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant* | ) | Stipulation – Document Filed Electronically |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Geoffrey M. Peters, Special Assistant United States Attorney, for Todd Blanche, Acting Attorney General, and John A. Sarcone, III, First Assistant United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **one thousand four hundred and fifty-three dollars and thirteen cents ($1,453.13),** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.

The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$0.00** as Plaintiff proceeded *in forma pauperis*. *See* ECF Nos. 3, 6.

*Higgins v. Comm'r of Soc. Sec.*, 6:26-cv-00182-AMN-MJK
Stipulation and Order Awarding Attorney's Fees Under the EAJA

Dated: August 7, 2026

| | |
|---|---|
| Frank Bisignano, Commissioner of Social Security | Erica Catherine Higgins |
| By His Attorneys, | By Her Attorney, |

Todd Blanche,
Acting Attorney General

John A. Sarcone, III,
First Assistant United States Attorney

*/s/ Geoffrey M. Peters*
Geoffrey M. Peters
Special Assistant United States Attorney
NY Bar Roll No. 704027
Social Security Administration
Office of Program Litigation, Office 2
Office of the General Counsel
6401 Security Blvd
Baltimore, MD 21235
Tel.: (212) 264-1298
Geoffrey.Peters@ssa.gov

Howard D. Olinsky, Esq.
Olinsky Law Group
250 S. Clinton St., Ste. 210
Syracuse, NY 13202
Phone: (315) 701-5780
Fax: (315) 701-5781
Email: holinsky@windisability.com


**SO ORDERED:**


**HON. ANNE M. NARDACCI**
**UNITED STATES DISTRICT COURT**

2